# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 18th day of March, two thousand and fifteen.

Before:     Ralph K. Winter,
                  *Circuit Judge.*
_____
Stephane Houdet, Alan Joel Rich,

    Plaintiffs-Appellants,                    **ORDER**

    v.                                        Docket No. 15-4

David Brewer, *et al.*,

    Defendants-Appellees.
_____

Appellants move for removal of this case from the expedited appeals calendar and/or to extend the Appellants' time to file the brief, and to file an oversized brief. Appellants also request leave to file certain confidential medical documents under seal and for *in camera* inspection.

IT IS HEREBY ORDERED that the request for leave to file the medical documents under seal and for *in camera* inspection is GRANTED. The motion is DENIED in all other respects. The motion was filed in violation of Local Rule 27.1(f)(3) which requires that a motion for an extension be filed as soon as the reasons justifying the extension are known. However, the court will grant a grace period until March 27, 2015 for the filing of a brief and appendix. Appellants are to understand that no further extensions will be granted. Moreover, the appeal is dismissed effective March 27, 2015 unless a brief is filed by that date. A motion for reconsideration or other relief will not stay the effectiveness of this order. See RLI Ins. Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).

                                                      For the Court:
                                                      Catherine O'Hagan Wolfe,
                                                      Clerk of Court

